IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  DIGITEK PRODUCT LIABILITY LITIGATION | MDL NO. 1968 |
| THIS DOCUMENT RELATES TO:<br><br>*Donna Farmer, Personal Representative of the Estate of Robert Farmer, deceased v. Actavis Totowa, LLC, et al.*<br>**Case No. 2:09-cv-00815** | STIPULATION FOR DISMISSAL WITHOUT PREJUDICE (CORRECTED) |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in this action hereby stipulate to the dismissal of this action without prejudice.  Plaintiff agrees that if she re-files her case, she will do so in the United States District Court of West Virginia, Southern District.  Plaintiff received no consideration for agreeing to this dismissal.  It is further stipulated by and among the parties to this action that each party will bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| THE MULLIGAN LAW FIRM | TUCKER ELLIS & WEST LLP |
| s/*Patrick J. Mulligan*<br>Patrick J. Mulligan<br>4514 Cole Avenue, Suite 300<br>Dallas, Texas  75205<br>Tel: (214) 219-9779<br>Fax: (214) 520-8789<br>E-mail: pmulligan@mulliganlaw.com<br><br>*Attorneys for Plaintiff* | s/*Richard A. Dean*<br>Richard A. Dean (Ohio Bar #0013165), CO-LEAD COUNSEL<br>Matthew P. Moriarty (WV Bar # 4571; Ohio Bar 0028389), CO-LEAD COUNSEL<br>Kristen L. Mayer (Ohio Bar #0055505)<br>925 Euclid Avenue, Suite 1150<br>Cleveland, Oh  44115-1414<br>Tel: (216) 592-5000<br>Fax: (216) 592-5009<br>E-mail: richard.dean@tuckerellis.com<br>matthew.moriarty@tuckerellis.com<br>kristen.mayer@tuckerellis.com<br><br>*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC* |

SHOOK, HARDY & BACON LLP

s/*Madeleine M. McDonough*
Harvey L. Kaplan, CO-LEAD COUNSEL
Madeleine M. McDonough, CO-LEAD COUNSEL
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Tel:     (816) 559-2214
Fax:     (816) 421-5547
E-mail:  hkaplan@shb.com
E-mail:  mmcdonough@shb.com

*Attorneys for Mylan, Inc., Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.*

ALLEN GUTHRIE & THOMAS, PLLC

Rebecca A. Betts, LIAISON COUNSEL
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
Tel:     (304) 345-7250
Fax:     (304) 345-9941
E-mail:  rabetts@agmtlaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 25, 2010, a copy of the foregoing **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE (CORRECTED)** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        TUCKER ELLIS & WEST LLP

        s/*Richard A. Dean*
        Richard A. Dean (Ohio Bar #0013165),
        CO-LEAD COUNSEL
        Matthew P. Moriarty (WV Bar # 4571;
        Ohio Bar 0028389), CO-LEAD COUNSEL
        Kristen L. Mayer (Ohio Bar #0055505)
        925 Euclid Avenue, Suite 1150
        Cleveland, Oh  44115-1414
        Tel:    (216) 592-5000
        Fax:   (216) 592-5009
        E-mail: richard.dean@tuckerellis.com
                  matthew.moriarty@tuckerellis.com
                  kristen.mayer@tuckerellis.com

        *Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*

073021.000591.1107591.1